TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00397-CV

In the Matter of P. R.

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. J-16870, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a motion to dismiss this appeal. Appellant's attorney has also filed a
motion to withdraw as appellant's counsel. Both motions are granted.

 The appeal is dismissed. Tex. R. App. P. 59(a)(1)(B).

Before Justices Powers, Jones and Kidd

Appeal Dismissed on Appellant's Motion

Filed: August 14, 1997

Do Not Publish